UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLOS ANTONIO PROUSE,
    Petitioner,

v.                                    Case No. 3:25cv659/LC/MAL

WARDEN S. SAULSBERRY,
    Respondent.
_____/

## ORDER

On June 17, 2025, the magistrate judge issued a Report and Recommendation recommending that the petition for writ of habeas corpus be summarily dismissed. (ECF No. 8). Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus filed under 28 U.S.C. § 2241

(ECF No. 2) is summarily **DISMISSED**.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 24th day of July, 2025.

                s/*L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**